UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23163-CIV-CMA

ANA RAQUEL LOPEZ ALONSO, and all )
others similarly situated under 29 U.S.C. )
216(b), )
  )
        Plaintiffs, )
vs. )
  )
AURELIO RODRIGUEZ, )
  )
        Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Overtime Claim (relevant statutory period 4/8/15-6/30/15):**
Amount of half time per hour not compensated: $4.16
Weeks: 11
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $915.20 X 2 = $1,830.40

**Overtime Claim (relevant statutory period 7/1/15-7/7/16):**
Amount of half time per hour not compensated: $5
Weeks: 53
Overtime hours per week: 10
Total wages unpaid and liquidated damages: $2,650 X 2 = $5,300

Total Claim: **$7,130.40**

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one half damages for any completely unpaid overtime hours based on the evidence adduced in discovery.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 7/25/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**