**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-CV-23163-ALTONAGA/O'SULLIVAN**

ANA RAQUEL LOPEZ ALONSO, and all
other similarly situated under 29 U.S.C. 216(B),

      Plaintiff,

-vs-

AURELIO RODRIGUEZ A/K/A HOWIE
RODRIGUEZ,

      Defendant.

_____/

## ANSWER TO FIRST AMENDED COMPLAINT

      Aurelio Rodriguez a/k/a Howie Rodriguez ("Howie"), hereby files answers to the First

Amended Complaint and alleges as follows:

      1.     Denied.

      2.     Admitted.

      3.     Denied.

      4.     Denied.

      5.     Denied.

      6.     Denied.

      7.     Admitted.

      8.     Admitted.

      9.     Admitted.

      10.     Admitted.

      11.     Denied.

      12.     Denied.

13.     Denied.

14.     Denied.

15.     Denied.

16.     Denied.

## AFFIRMATIVE DEFENSES

The Defendant hereby alleges the following affirmative defenses in the alternative:

1.      The Plaintiff's claims are barred by setoff. The Plaintiff was loaned furniture by the defendant which the Plaintiff has not returned and in fact, the Plaintiff has refused to collect her last check for the last week of employment because she did not want to return the furniture.

2.      The Plaintiff did not work more than forty-five (45) hours per week.  The minimum wage in Florida during 2015 was $8.05 which would make the maximum amount payable to the Plaintiff to be $382.38 per week.  Plaintiff was paid $500.

3.      In addition, the minimum wage in Florida during 2016 was $8.22.  The amount that was paid to the Plaintiff still exceeded the minimum wage per hour.

4.      The Plaintiff constantly took off time as follows: half an hour per day for lunch, breaks during the day, leaving early to attend to her children's needs, leaving to attend to her immigration meetings, time off for sickness and on the average she took off two (2) to three (3) hours every week.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October, 2016 I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, and sent via e-mail, to: J.H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, FL  33141 at: zabogado@aol.com; and David Kelly, Esq., 300 71st Street, Suite 605, Miami Beach, FL  33141 at: david.kelly38@rocketmail.com.

BLAXBERG, GRAYSON, KUKOFF & FORTEZA, P.A.
*Attorneys for Defendant Aurelio Rodriguez a/k/a Howie Rodriguez*
25 Southeast 2nd Avenue, Suite 730
Miami, FL 33131
Telephone: 305-381-7979
Facsimile: 305-371-6816
Email: Moises.Grayson@blaxgray.com
Secondary Email: grayson.assistant@blaxgray.com

By: s/Moises T. Grayson
        Moises T. Grayson, Esq.
        Florida Bar No. 369519

O: Rodriguez Howie-Ana Raquel Lopez – Answer & Aff Defenses
MTG/CG/560