UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-23163-ALTONAGA/O'SULLIVAN

ANA RAQUEL LOPEZ ALONSO, and all
other similarly situated under 29 U.S.C. 216(B),

    Plaintiff,

-vs-

AURELIO RODRIGUEZ A/K/A HOWIE
RODRIGUEZ,

    Defendant.
_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendant, Aurelio Rodriguez a/k/a Howie Rodriguez, hereby files his response to Plaintiff's Statement of Claim as follows:

1. The Plaintiff's claims are barred due to an offset for furniture that the Plaintiff has that belongs to Defendant.

2. Even assuming Plaintiff's Statement of Claim is accurate, the numbers workout such that the amount paid to the Defendant was $500 per week.

3. The Plaintiff claims that, for example, in between April 8, 2015 and June 30, 2015 she was not paid $4.16 per hour for overtime. This means that the she is claiming twenty (20) hours overtime per week. Since the minimum wage at that time was $8.05, the amount due to her would have been $382.38 per week plus twenty (20) hours of overtime per week.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2016 I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, and sent via e-mail, to: J.H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, FL  33141 at:

zabogado@aol.com; and David Kelly, Esq., 300 71st Street, Suite 605, Miami Beach, FL  33141 at: david.kelly38@rocketmail.com, and Rivkah Fay Jaff, Eq., 300 71st Street, Suite 605, Miami Beach, FL  33141, rivkah.jaff@gmail.com.

BLAXBERG, GRAYSON, KUKOFF & FORTEZA, P.A.
*Attorneys for Defendant Aurelio Rodriguez a/k/a Howie Rodriguez*
25 Southeast 2nd Avenue, Suite 730
Miami, FL 33131
Telephone: 305-381-7979
Facsimile: 305-371-6816
Email: Moises.Grayson@blaxgray.com
Secondary Email: grayson.assistant@blaxgray.com

By: s/Moises T. Grayson
     Moises T. Grayson, Esq.
     Florida Bar No. 369519